| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HABERBUSH, LLP<br>DAVID R. HABERBUSH, ESQ., SBN 107190<br>VANESSA M. HABERBUSH, ESQ., SBN 287044<br>LANE K. BOGARD, ESQ., SBN 306972<br>444 West Ocean Boulevard, Suite 1400<br>Long Beach, CA 90802<br>Telephone: (562) 435-3456<br>Facsimile:  (562) 435-6335<br>E-mail: vhaberbush@lbinsolvency.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Evelyn Pascual | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>EVELYN PASCUAL,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-18868-SK |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY MICHAEL L. COHEN, A PROFESSIONAL LAW CORPORATION; DECLARATION OF VANESSA M. HABERBUSH IN SUPPORT |

PLEASE TAKE NOTE that the order titled ORDER DENYING DEBTOR'S SUPPLEMENT TO THE OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY MICHAEL L. COHEN, A PROFESSIONAL LAW CORPORATION AS MOOT AND EXTENDING DEADLINE TO OBJECT TO PROOF OF CLAIM NO. 6 FILED BY MICHAEL L. COHEN, A PROFESSIONAL LAW CORPORATION was lodged on April 29, 2026 and is attached.  This order relates to the motion which is docket number 112.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Exhibit "A"

HABERBUSH, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
LANE K. BOGARD, ESQ., SBN 306972
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile:  (562) 435-6335
E-mail: vhaberbush@lbinsolvency.com

Attorneys for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:24-bk-18868-VZ |
| EVELYN PASCUAL, | **Chapter: 11** |
| Debtor and<br>Debtor-in-Possession. | **ORDER DENYING DEBTOR'S SUPPLEMENT TO THE OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY MICHAEL L. COHEN, A PROFESSIONAL LAW CORPORATION AS MOOT AND EXTENDING DEADLINE TO OBJECT TO PROOF OF CLAIM NO. 6 FILED BY MICHAEL L. COHEN, A PROFESSIONAL LAW CORPORATION** |
| | **Hearing Date**<br>Date:   April 28, 2026<br>Time:   11:00 a.m.<br>Ctrm:   1368<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

On April 28, 2026 at 11:00 a.m., the Objection to Proof of Claim No. 6 filed by Michael L. Cohen, A Professional Law Corporation [Docket Number 112] (the "Objection"), brought by Evelyn Pascual, Debtor and Debtor-in-Possession in the above-captioned bankruptcy proceeding ("Debtor"), was heard by the above-entitled Court. Appearances were as stated in the record. The Court, having considered the Objection, the declarations in support thereof, the Supplement to the Objection [Docket Number 127], and pleadings and papers on file in the above-captioned case, with good cause appearing therefor, it is hereby

**ORDERED** that the Objection is denied as Moot; and it is

**FURTHER ORDERED** that the deadline for Debtor to object to Proof of Claim No. 6 filed by Michael L. Cohen, A Professional Law Corporation, including any amendment thereto, including the Proof of Claim No. 9 filed by Michael L. Cohen, A Professional Law Corporation, is hereby extended from April 30, 2026 to June 30, 2026.

**IT IS SO ORDERED.**

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **David R Haberbush**   dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vh aberbush@lbinsolvency.com,haberbush.assistant@gmail.com, jborin@lbinsolvency.com,lbogard@lbinsolvency.com

- **Vanessa M Haberbush** vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.co m,abostic@lbinsolvency.com,haberbush.assistant@gmail.com ,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Garry A Masterson**   BnkEcf-CA@weltman.com, gmasterson@weltman.com
- **Linh Nguyen**   docs@collectco.org
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **April 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Vincent P. Zurzolo, JUDGE
United States Bankruptcy Court
255 E. Temple Street,
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2026 | Alexander S. Bostic | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Steve Barnett
The Valley Business Broker
5344 Mark Ct.
Agoura Hills, CA 91301

Aaron Stocks
PFS Global
556 N. Diamond Bar Blvd #101
Diamond Bar, CA 91765

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.