**DECLARATION OF EVELYN PASCUAL**

I, Evelyn Pascual, hereby declare and state:

1.      I am an individual over the age of 18 years. I have personal knowledge of the facts stated herein and if I were called as a witness would and could competently testify thereto, under penalty of perjury.

2.      I am the Debtor in the voluntary Chapter 11 bankruptcy case I filed on October 29, 2024, styled Case number 2:24-bk-18868-VZ.  I personally participate in and have personal knowledge of all of my operations, finances, activities and assets. This declaration is given in support of my Disclosure Statement and Plan of Reorganization of Debtor Who is an Individual with Primarily Consumer Debts (the "Plan").

3.      I have filed the Plan which provides that I will pay my creditors by selling some of my property. I have arrived at opinions of value of my real properties and my business by consulting with real estate professionals and business brokers. The Plan will be funded by my sale of real properties located at 351 Spur Trail, Walnut, California and 19244 Elberland Street, West Covina, California, as well as by my 100% interest in San Gabriel Valley Children's Care, Inc. I will be retaining my 60% partnership interest in Gerelyn Pediatric Care, L.P. and my real properties located at 616 Wrede Way, West Covina, California and 617 S. Santos Avenue, West Covina, California.

4.      After consulting with real estate professionals as well as valuation sources available on the Internet, I have arrived at an opinion of the value of my real properties:

      a.      351 Spur Trail, Walnut, California: $1,150,000. A sale of this real property is pending and an order of the United States Bankruptcy Court has approved the sale at the price of $1,150,000;

      b.      19244 Elberland, West Covina, California: $800,000;

      c.      617 S. Sentous Avenue, West Covina, California: $800,000; and

      d.      616 Wrede Way, West Covina, California: $1,600,000.

5.      Pursuant to the settlement agreement I made with Irene Melendez, which was approved by order of this Court and which is described in section II.B of the proposed Plan, I am required to pay Irene Melendez, in her individual capacity, as heir and successor-in-interest to Timothy John Cortinas

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

EXHIBIT "A"

and as personal representative of the Estate of Timothy John Cortinas ("Melendez"), the sum of $1,200,000 on or before October 31, 2026. Further, Melendez would release her claims against Holy Family Children's Care, Inc., an entity owned by me, for a payment of $275,000 from me. In order to do this, I have entered into an agreement to sell 351 Spur Trail, Walnut, California and the escrow for that property should close by June 10, 2026. I also listed 19244 Elberland, West Covina, California for sale with the intent of having it sold on or before October 31, 2026. I have also listed Gabriel Valley Children's Care, Inc. for sale. The sale of these two real properties and my ownership in the business will be more than adequate to fully pay the settlement with Melendez.

6.      In addition to the above sales, I intend to sell my 100% interest in San Gabriel Valley Children's Care, Inc after consulting with business brokers I am of the opinion that the value of my interests in this entity is at least $950,000 and that it can be sold on or before October 30, 2026.

7.      The proceeds of the sale of the above-referenced two real properties and stock in San Gabriel Valley Children's Care, Inc., after costs of sale and payment of secured claims, will exceed the funds required to pay all of my creditors in full. The estimated net proceeds for these purposes, after paying all of these claims, is $839,200.24.

8.      I have reviewed the proposed Plan and all exhibits to it. The information provided in the proposed Plan concerning the amount of the secured claims and payment terms on account of secured claims is true and correct based upon the information currently available to me. All of the factual information set forth in the proposed Plan and all representations in the Plan are true and correct to the best of my knowledge.

EXECUTED AT WALNUT, CALIFORNIA, THIS 10 DAY OF JUNE, 2026.

I declare under the penalties of perjury that the foregoing is true and correct.

Evelyn Pascual, Declarant

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

EXHIBIT "A"                    30                    THIS DOCUMENT PREPARED ON RECYCLED PAPER