# Claims Against Debtor

| CREDITOR | SCHEDULED OR UNSCHEDULED | PROOF OF CLAIM FILED | DISPUTED | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | SECURED | SECURITY | Notes |
|---|---|---|---|---|---|---|---|---|---|
| BMW Financial Services | Scheduled | No | No | $ 22,798.00 | $ - | $ - | Yes | 2024 BMW X3 | |
| Irene Melendez | Scheduled | 2 | Reduced by Settlement | $ 1,358,051.90 | $ - | $ - | Yes | All Real Property via Recorded Judgment | Amount has been reduced pursuant to the settlement between the parties. Total reduced claim is $1,200,000. |
| Magnolia at Snow Creek Howmeowners Association | Scheduled | No | Yes | $ - | $ - | $ - | Yes | All Real Property via Recorded Judgment | Claim is disallowed because the claim was listed as disputed and creditor did not file a proof of claim. |
| Morgan Stanley Mortgage Loan Trust 2006-3AR, Mortgage Pass-Through Certificates, Series 2006-3AR, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee; also referred to as Shellpoint Mortgage Servicing and NewRez LLC d/b/a Shellpoint Mortgage Servicing | Scheduled | 8 | No | $ 272,187.75 | $ - | $ - | Yes | 19244 East Elberland | |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS2; also referred  to as PHH Mortgage Services | Scheduled | 7 | No | $ 345,780.42 | $ - | $ - | Yes | 617 South Sentous Ave | |
| Portfolio Recovery Associates, LLC | Scheduled | No | Yes | $ - | $ - | $ - | Yes | All Real Property via Recorded Judgment | Claim is disallowed because the claim was listed as disputed and creditor did not file a proof of claim. |
| Select Portfolio Servicing | Scheduled | No | No | $ 1,096,494.00 | $ - | $ - | Yes | 616 Wrede Way | |
| Select Portfolio Servicing | Scheduled | No | No | $ 182,163.00 | $ - | $ - | Yes | 616 Wrede Way | |
| Shellpoint Mortgage Servicing | Scheduled | No | No | $ 478,899.00 | $ - | $ - | Yes | 351 Spur Trail Ave | |

EXHIBIT "B"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Volvo Car Financial Services | Scheduled | 5 | No | $ - | $ - | $10,712.32 | Yes | 2024 Volvo XC60 | The collateral has been returned to the creditor such that the total remaining claim is a deficiency unsecured claim. |
| Employment Development Department | Scheduled | No | No | $ - | | $ - | No | N/A | Claim is disallowed because the claim was listed for notice purposes only with a claim of $0 and creditor did not file a proof of claim. |
| Franchise Tax Board | Scheduled | 4 | No | $ - | $ 28,924.63 | $ 7,231.15 | No | N/A | |
| Internal Revenue Service | Scheduled | 1 | No | $ - | $ 150,485.16 | $ 40,198.37 | No | N/A | |
| American Express | Scheduled | No | No | $ - | $ - | $ 150.00 | No | N/A | |
| American Express | Scheduled | No | No | $ - | $ - | $ 695.00 | No | N/A | |
| Bank of America | Scheduled | No | No | $ - | $ - | $ 12,682.00 | No | N/A | |
| Bank of America | Scheduled | No | No | $ - | $ - | $ 7,524.00 | No | N/A | |
| Bank of America | Scheduled | No | No | | | $ - | | N/A | |
| Capital One | Scheduled | No | No | $ - | $ - | $ 7,669.00 | No | N/A | |
| Comenity Bank/Caesars | Scheduled | No | No | $ - | $ - | $ 2,257.00 | No | N/A | |
| Michael Cohen | UnScheduled | 9 (and 6) | Yes | $ | $ | $19,670 | No | N/A | Debtor has filed an objection to the claim, which is pending. |
| Syncb/Amazon PLCC | Scheduled | No | No | $ - | $ - | $ 5,938.00 | No | N/A | |
| US Bank | Scheduled | 3 | No | $ - | $ - | $ 6,630.32 | No | N/A | |
| US Bank | Scheduled | No | No | $ - | $ - | $ 678.00 | No | N/A | |
| US Bank | Scheduled | No | No | $ - | $ - | $ 173.00 | No | N/A | |
| Wells Fargo Card Services | Scheduled | No | No | $ - | $ - | $ 10,539.00 | No | N/A | |
| Wells Fargo Card Services | Scheduled | No | No | $ - | $ - | $ 24,876.00 | No | N/A | |
| **TOTAL** | | | | **$ 3,770,087.78** | **$ 179,409.79** | **$ 157,623.16** | | | |

EXHIBIT "B"                                   Page 32

## Class 2 Unsecured Claims

| CREDITOR | SCHEDULED OR UNSCHEDULED | PROOF OF CLAIM FILED | DISPUTED | General Unsecured Amount | Notes |
|---|---|---|---|---|---|
| Volvo Car Financial Services | Scheduled | 5 | No | $10,712.32 | The collateral has been returned to the creditor such that the total remaining claim is a deficiency unsecured claim. |
| Employment Development Department | Scheduled | No | | $ - | Claim is disallowed because the claim was listed for notice purposes only with a claim of $0 and creditor did not file a proof of claim. |
| Franchise Tax Board | Scheduled | 4 | No | $ 7,231.15 | |
| Internal Revenue Service | Scheduled | 1 | No | $ 40,198.37 | |
| American Express | Scheduled | No | No | $ 150.00 | |
| American Express | Scheduled | No | No | $ 695.00 | |
| Bank of America | Scheduled | No | No | $ 12,682.00 | |
| Bank of America | Scheduled | No | No | $ 7,524.00 | |
| Bank of America | Scheduled | No | No | $ - | |
| Capital One | Scheduled | No | No | $ 7,669.00 | |
| Comenity Bank/Caesars | Scheduled | No | No | $ 2,257.00 | |
| Michael Cohen | UnScheduled | 9 (and 6) | Yes | $19,670 | Debtor has filed an objection to the claim, which is pending. |
| Syncb/Amazon PLCC | Scheduled | No | No | $ 5,938.00 | |
| US Bank | Scheduled | 3 | No | $ 6,630.32 | |
| US Bank | Scheduled | No | No | $ 678.00 | |
| US Bank | Scheduled | No | No | $ 173.00 | |
| Wells Fargo Card Services | Scheduled | No | No | $ 10,539.00 | |
| Wells Fargo Card Services | Scheduled | No | No | $ 24,876.00 | |
| TOTAL | | | | $ 157,623.16 | |

EXHIBIT "B"                    Page 33