## DEBTOR'S PROPERTIES AND THEIR VALUES

351 Spur Trail, Walnut, California: $1,150,000.

A sale of this real property is pending and an order of the United States Bankruptcy Court has approved the sale at the price of $1,150,000;

19244 Elberland, West Covina, California: $850,000

Based on Debtor's opinion of value.

617 S. Sentous Ave., West Covina, California: $800,000

Based on Debtor's opinion of value.

616 Wrede Way, West Covina, California: $1,600,000

Based on Debtor's opinion of value.

Cemetery Plot: $2000

Based on Debtor's opinion of value; claimed is fully exempt.

2024 BMW X3: $55,000

Based on Debtor's opinion of value.

1988 Mercedes-Benz 300 TESW: $6250

Based on Debtor's opinion of value; claimed as fully exempt.

2024 Volvo XC60: $0.00

Asset was surrendered to the creditor and no longer an asset of the estate.

Miscellaneous goods and furnishings: $1,000

Based on Debtor's opinion of value; claimed as fully exempt.

TV and iPad: $50

Based on Debtor's opinion of value; claimed as fully exempt.

Treadmill: $50

Based on Debtor's opinion of value; claimed as fully exempt.

Wearing apparel: $100

Based on Debtor's opinion of value; claimed as fully exempt.

Engagement ring and miscellaneous jewelry: $10,000

Based on Debtor's opinion of value; claimed as fully exempt.

Cane: $20

Based on Debtor's opinion of value; claimed as fully exempt.

Cash and bank accounts as of May 31, 2026: Approximately $100,000

Based on account statements as of

EXHIBIT "C"                                     Page 34

May 31, 2026.

60% interest in Gerelyn Pediatric Care, LP: $450,000

Based on Debtor's opinion of value.

100% interest in San Gabriel Valley
Children's Care, Inc.: $950,000

Based on Debtor's opinion of value.

100% interest in Holy Family
Children's Care, Inc.: $0

Judgment against this entity exceeds its value making it insolvent in the Debtor's opinion. This entity has or will cease operations on or before the Effective Date.

Life insurance: $7,176.31

Based on Debtor's opinion of value. derived from account statements; claimed as fully exempt.